UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Viseon, Inc. | ) | |
| | ) | |
| v. | ) | 02-CV-106 (RHK/JMM) |
| | ) | |
| VCON, LTD., et al. | ) | |

| | | |
|---|---|---|
| RSI Systems, Inc. | ) | |
| | ) | |
| v | ) | 01-CV-826 (JMR/FLN) |
| | ) | |
| Tandberg ASA, et al. | ) | |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-826 having been assigned to the Honorable James M. Rosenbaum, United States District Chief Judge and Case No. 02-CV-106 having later been assigned to Honorable Richard H. Kyle, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No.02-CV-106 be assigned to the Honorable James M. Rosenbaum, United States District Chief Judge, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

2. A copy of this Order shall be filed in each case.

Dated: January 23rd, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

Dated: January __, 2002

Richard H. Kyle
United States District Judge

Viseon, Inc.

Vs. 02-106JMR/FLN

VCON, Ltd., et al

The above-entitled matter has been re-assigned to Chief Judge James M. Rosenbaum pursuant to an Order for Re-assignment of Related Cases signed by Judges Richard H. Kyle and James M. Rosenbaum. This is a related case to 01-cv-826 already assigned to Judge Rosenbaum. Please note the changes in judges' initials above and refer to them when submitted pleadings to the court.