IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| VISEON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 02-CV-106 JMR/FLN |
| | ) | |
| VCON LTD. | ) | |
| (an Israelai Company) and | ) | |
| VCON, INC. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**ORDER TO EXTEND TIME**
**TO SERVE SUMMONS AND COMPLAINT**

IT IS HEREBY ORDERED THAT Plaintiff, Viseon, Inc., shall have additional time until August 30, 2002, to serve the summons and complaint in this action.

THIS 9th DAY OF May, 2002.

[signature]

THE HONORABLE FRANKLIN L. NOEL
UNITED STATES [redacted] MAGISTRATE JUDGE

FILED
RICHARD D. SLETTEN