# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Viseon, Inc.

v.

VCON Ltd., et al

Case No. Civil 02-106 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that plaintiff's motion to dismiss without prejudice is granted.**

DATE: September 30, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

(9)